UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

CIVIL MINUTES -- GENERAL

Case No.   EDCV 08-1958-VAP (AJWx)                    Date:  February 5, 2009

Title:   DEUTSCHE BANK NATIONAL TRUST COMPANY -v- ROXANNE TORRES; and DOES 1 through X, inclusive
=================================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Marva Dillard                                                  None Present
    Courtroom Deputy                                         Court Reporter

ATTORNEYS PRESENT FOR                        ATTORNEYS PRESENT FOR
PLAINTIFFS:                                              DEFENDANTS:

    None                                                               None

PROCEEDINGS:   MINUTE ORDER REMANDING CASE TO SAN BERNARDINO SUPERIOR COURT UDSS804843 (IN CHAMBERS)

    Defendant has failed to respond to the Court's Order to Show Cause, entered on January 21, 2009.  The Court does not have federal subject matter jurisdiction over the claims asserted in this case.  Accordingly, the Court REMANDS the action to the Superior Court of California, San Bernardino County.

    **IT IS SO ORDERED.**